[No. 62334-6-I. Division One. July 26, 2010.]

LEVIN & STEIN, *Appellant*, v. MEADOW VALLEY CONDOMINIUM OWNERS ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-33931-8, Harry J. McCarthy, J., entered August 21, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 62516-1-I. Division One. July 26, 2010.]

COMMUNITY TRANSIT, *Respondent*, v. DON HERRON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-03579-4, George N. Bowden, J., entered September 18, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Spearman, JJ.

[No. 62896-8-I. Division One. July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. OLEKSANDIR YUSIPOVICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-02582-9, Deborah D. Fleck, J., entered December 16, 2008. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Becker, J.

[No. 62899-2-I. Division One. July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK QUENTIN LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09356-3, Mary Yu, J., entered January 20, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Becker and Lau, JJ.